UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  NO. 3:22-CR-245

v.  :  (Judge            )

JAMES CHARLES MEININGER, JR.,  :

Defendant.  :

FILED
SCRANTON

JUN 28 2022

PER _____
     DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 876(c)
(Mailing Threatening Communications)

On or about October 4, 2021, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**JAMES CHARLES MEININGER, JR.,**

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, dated October 4, 2021, addressed to General Mark Milley, Joint Staff Pentagon, Washington, DC, who was, at all relevant times, the Chairman of the Joint Chiefs of Staff and an official who is covered by 18 U.S.C. § 1114, and containing a threat to injure General Mark Milley and Congresswoman Nancy Pelosi,

All in violation of Title 18, United States Code, Section 876(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 876(c)
(Mailing Threatening Communications)

On or about October 20, 2021, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**JAMES CHARLES MEININGER, JR.,**

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, dated October 4, 2021, addressed to Kathleen H. Hicks, Pentagon, Washington, DC, who was, at all relevant times, the United States Deputy Secretary of Defense and an official who is covered by 18 U.S.C. § 1114, and containing a threat to injure Deputy Secretary Kathleen H. Hicks, General Mark Milley and others,

All in violation of Title 18, United States Code, Section 876(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 876(c)
(Mailing Threatening Communications)

On or about October 2, 2021, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**JAMES CHARLES MEININGER, JR.,**

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, dated October 2, 2021, addressed to Borys Krawczeniuk, Citizens Voice, 75 N. Washington Street, Wilkes-Barre, Pennsylvania, and containing a threat to injure Borys Krawczeniuk and others,

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

SEAN A. CAMONI
Assistant United States Attorney

6-28-22
Date

3