

U.S. Department of Justice

*Gerard M. Karam*
*United States Attorney*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Ronald Reagan Federal Building* | *Herman T. Schneebeli Federal Building* |
| *235 N. Washington Avenue, Suite 311* | *228 Walnut Street, Suite 220* | *240 West Third Street, Suite 316* |
| *P.O. Box 309* | *P.O. Box 11754* | *Williamsport, PA  17701-6465* |
| *Scranton, PA  18503-0309* | *Harrisburg, PA  17108-1754* | *(570) 326-1935* |
| *(570) 348-2800* | *(717) 221-4482* | *FAX (570) 326-7916* |
| *FAX (570) 348-2037/348-2830* | *FAX (717) 221-4493/221-2246* | *TTY (570) 326-9843* |
| *TTY (570) 341-2077* | *TTY (717) 221-4452* | |

*Please respond to: Scranton*

June 30, 2022

<u>Via Electronic Filing</u>

The Honorable Malachy E. Mannion
United States District Court Judge
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, Pennsylvania 18503

    Re:   <u>United States v. James Charles Meininger, Jr.</u>
           <u>Docket No:  3:22-CR-245</u>

Your Honor:

    The Defendant, James Charles Meininger, Jr., is currently in the custody of the Luzerne County Correctional Facility awaiting trial on charges unrelated to the indictment recently filed in this matter.  We were notified that Mr. Meininger has been transferred to a state hospital for treatment. Therefore, to avoid interrupting his treatment, the government asks the Court to delay setting a date and time for his initial appearance. Once he returns to the Luzerne County Correctional Facility, the government will notify the Court so a hearing can be set,

The Honorable Malachy E. Mannion
June 30, 2022
Page Two

and then we can obtain a writ for his transport.

        Sincerely,

        GERARD M. KARAM
        United States Attorney

        /s/ Sean A. Camoni

        _____

        SEAN A. CAMONI
        Assistant United States Attorney