

*U.S. Department of Justice*

*Gerard M. Karam*
*United States Attorney*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Ronald Reagan Federal Building* | *Herman T. Schneebeli Federal Building* |
| *235 N. Washington Avenue, Suite 311* | *228 Walnut Street, Suite 220* | *240 West Third Street, Suite 316* |
| *P.O. Box 309* | *P.O. Box 11754* | *Williamsport, PA  17701-6465* |
| *Scranton, PA  18503-0309* | *Harrisburg, PA  17108-1754* | *(570) 326-1935* |
| *(570) 348-2800* | *(717) 221-4482* | *FAX (570) 326-7916* |
| *FAX (570) 348-2037/348-2830* | *FAX (717) 221-4493/221-2246* | *TTY (570) 326-9843* |
| *TTY (570) 341-2077* | *TTY (717) 221-4452* | |

*Please respond to: Scranton*

August 8, 2022

Via Electronic Filing

The Honorable Malachy E. Mannion
United States District Court Judge
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, Pennsylvania 18503

      Re:    United States v. James Charles Meininger, Jr.
              Docket No:  3:22-CR-245

Your Honor:

      As directed by this Court, we are providing our thirty-day update as to the status of the Defendant, James Charles Meininger, Jr.

      We were notified today that the defendant is still hospitalized and has not yet been returned to the Luzerne County Correctional Facility where he is facing state charges on unrelated matters.  We will notify this court in another thirty days or upon his return, whichever comes

2

The Honorable Malachy E. Mannion
August 8, 2022
Page Two

first, the status of this defendant.

                                                  Sincerely,

                                                  GERARD M. KARAM
                                                  United States Attorney

                                                  /s/ Sean A. Camoni

                                                  _____

                                                  SEAN A. CAMONI
                                                  Assistant United States Attorney