2-9-2023

Good day, my name is James Charles Meininger Jr. Docket No: 3:CR-22-245. I am writing to request the name and address of my new attorney. I don't know his name, address. He was appointed because of a conflict with another case and other defendants. I had previously been represented by Mr. Leo A. Latella out of the Scranton Federal Public Defenders office. Your immediate response would be greatly appreciated.

Thank you and God bless

Sincerely,
James Charles Meininger Jr.
Docket No: 3:CR-22-245

James C. Meininger Jr.
#2022-03577
Lackawanna Co. Prison
1371 N. Washington Avenue
Scranton, PA 18509-2840

FILED
HARRISBURG, PA
FEB 13 2023
PER ___SH___
DEPUTY CLERK



Name: JAMES C. MEININGER, JR
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

CLERK OF COURTS OFFICE
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
RONALD REAGAN FEDERAL BUILDING & U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17101

RECEIVED
HARRISBURG, PA
FEB 13 2023
PER ___stf___ DEPUTY CLERK

CONTENTS MAILED FROM CORRECTIONAL FACILITY

1710131727 C008